BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2751

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:13-cr-0206 MCE |
|---|---|
| Plaintiff, | ) |
| | ) **NOTICE OF RELATED CASES** |
| v. | ) |
| | ) [Local Rules 123(a)(4), 123(c)] |
| ISRAEL WASHINGTON, DEYONTE SPEARS, TYRONE WEATHERSBY, ANTHONY SANCHEZ, and MYRON MEADOWS, | ) |
| Defendants. | ) |

| UNITED STATES OF AMERICA, | ) Case No. 2:13-cr-0207 LKK |
|---|---|
| Plaintiff, | ) |
| | ) **NOTICE OF RELATED CASES** |
| v. | ) |
| | ) [Local Rules 123(a)(4), 123(c)] |
| ISRAEL WASHINGTON, | ) |
| Defendant. | ) |

Notice of Related Cases

| | |
|---|---|
| 1 | **NOTICE OF RELATED CASES** |
| 2 | The United States of America, by and through Assistant United States Attorney Jason Hitt, |
| 3 | notices the Court and the Clerk of the Court that the recently-returned Indictment in <u>United States v.</u> |
| 4 | <u>Washington, et al.,</u> Case No. 2:13-cr-0206 MCE, is related to the subsequent Indictment in <u>United States</u> |
| 5 | <u>v. Washington</u>, Case No. 2:13-cr-0207 LKK. As a result, the subsequent case assigned to the Honorable |
| 6 | Lawrence K. Karlton in <u>United States v. Washington</u>, Case No. 2:13-cr-0207 LKK, should be reassigned |
| 7 | to the Honorable Morrison C. England, Jr. based upon the authority set forth below. |
| 8 | The two Washington Indictments are partially related within the meaning of Eastern District of |
| 9 | California Local Rule 123(a)(1) and fully related under Local Rule 123(a)(4). In particular, under Local |
| 10 | Rule 123(a)(1), both actions involve the same parties, namely, the United States and defendant Israel |
| 11 | Washington. Although they are not based on the same or a similar claim, as required by Local Rule |
| 12 | 123(a)(1), the Court should be aware the subsequent Washington Indictment does not include any |
| 13 | parties who are not also included in the initial drug trafficking Indictment assigned to Judge England. |
| 14 | The matters are related under Local Rule 123(a)(4) because keeping the Washington cases |
| 15 | assigned to different District Judges would entail substantial duplication of labor. In particular, if the |
| 16 | matters are not consolidated before one District Judge, the defendant would be required to make court |
| 17 | routine appearances before two distinct District Judges in the same division of the Eastern District of |
| 18 | California, proceed to trial or enter guilty pleas before two different District Judges, and be sentenced |
| 19 | separately by different District Judges. The matters are therefore related under Local Rule 123(a)(4) |
| 20 | because assignment of these actions to a single Judge is likely to effect a great savings of judicial effort. |

Notice of Related Cases

| | |
|---|---|
| 1 | The United States therefore respectfully requests that this Honorable Court (1) relate the criminal |
| 2 | Indictment in <u>United States v. Washington, et al.</u>, Case No. 2:13-cr-0206 MCE, to the subsequent |
| 3 | Indictment in <u>United States v. Washington</u>, Case No. 2:13-cr-0207 LKK; and (2) order the Clerk's |
| 4 | Office to reassign the Indictment in <u>United States v. Washington</u>, Case No. 2:13-cr-0207 LKK, to the |
| 5 | Honorable Morrison C. England, Jr. pursuant to Local Rule 123(c). |

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 12, 2013        By: /s/Jason Hitt
                                JASON HITT
                                Assistant U.S. Attorney

Notice of Related Cases

**O R D E R**

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the Criminal Case captioned <u>United States v. Washington, et al.</u>, Case No. 2:13-cr-0206 MCE, is related to the case of <u>United States v. Washington</u>, Case No. 2:12-cr-0207 LKK, within the meaning of Local Rule 123(a)(4) because assignment of these actions to a single District Judge is likely to effect a great savings of judicial effort.

Based upon this finding and pursuant to Local Rule 123(c), IT IS HEREBY ORDERED:

1. The Clerk of the Court shall REASSIGN the case of <u>United States v. Washington</u>, Case 2:13-cr-0207 LKK, to the Honorable Morrison C. England, Jr. and that case shall be designated "Case No. 2:13-cr-0207 MCE"; and

2. The Clerk of the Court shall make appropriate adjustment in the assignment of cases to compensate for this reassignment.

**IT IS SO ORDERED**.

DATED: June 13, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE